# EXHIBIT 1

CLERK OF THE
SUPERIOR COURT
FILED
F. GARZA, DEP

22 JUL 15 PM 1:12

RICKIE MCTHENY(MC #8315)
JBN LEGAL SUPPORT SERVICE, L.L.C.
8910 N. CENTRAL AVE
Phoenix, AZ 85020
623-229-9291

## MARICOPA  COUNTY SUPERIOR COURT OF ARIZONA

LETECIA CALDERON
          Plaintiff

V

GENERAL MOTORS LLC

          Defendant

Case No: CV2022-008731

CERTIFICATE OF  SERVICE
BY A PRIVATE PERSON
Arizona Rules of Court 80(1)

Type of Document(s)     SUMMONS; COMPALINT; CERTIFICATE OF COMPULSORY ARBITRATION;
                        CIVIL COVER SHEET

I personally served true copies of the above listed documents on the person listed below.

ENTITY:          GENERAL MOTORS, LLC c/o CORPORATION SERVICE COMPANY,
                 STATUTORY AGENT
HOW SERVED:      PERSONALLY ON   VALJEANA BEGAY accepting as SERVICE OF PROCESS
                 COORDINATOR
AT:              8825 N. 23RD  AVE. SUITE 100, PHOENIX, AZ., 85021
ON:              JULY 14, 2022
TIME:            10:41 AM

The undersigned certifies under penalty of perjury that I am fully qualified under 4(d), 4(c), and 45(d) to serve
process in this action within the state of Arizona; having been so appointed and registered by the Superior Court of
Maricopa County, Arizona, and that the above is true and accurate.

DECLARANT:
                 RICKIE MCTHENY
                 d.b.a. JBN Legal Support Service, L.L.C.
                 JULY 14 , 2022

CHARGES
DOC FEE:          $ 20.00
MILEAGE           $ 20.00
ISSUE / PICK-UP:  $ 20.00
CERT:             $  5.00
TOTAL             $ 65.00
CDS

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
7/8/2022 3:16:49 PM
Filing ID 14536137

1   G. Lynn Shumway (011714)
    shumway@carsafetylaw.com
2   **SHUMWAY LAW PLLC**
    4647 N. 32nd Street, Suite 125
3   Phoenix, Arizona 85018-3345
    Telephone:  602.795.3720
4   Facsimile:  602.795.3728

5
    Brent Ghelfi (011491)
6   BrentGhelfi@GhelfiLawGroup.com
    **GHELFI LAW GROUP, PLLC**
7   4647 N. 32nd Street, Suite 125
    Phoenix, Arizona 85018-3345
8   Telephone:  602.318.3935

9   *Attorneys for Plaintiff*

10          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

11                **IN AND FOR THE COUNTY OF MARICOPA**

12

13  **Leticia Calderon**, an individual, on behalf of       No. **CV2022-008731**
14  herself and all statutory beneficiaries of Jesus
    Calderon Calvillo,
15                                                          **COMPLAINT**
16                        Plaintiff,
                                                          (Tort: Products liability)
17      vs.

18  **General Motors LLC**, a Delaware limited                  **(Tier 3)**
19  liability company;

20
                        Defendants.
21

22          Plaintiff Leticia Calderon submits her Complaint against Defendants as follows:

23                                  **Parties**

24  **Plaintiff**

25
            **1.**     Plaintiff Leticia Calderon is an individual and resident of Maricopa County,
26
27  Arizona.

28
                                        1

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

2.     She is the biological daughter of Jesus Calderon Calvillo, deceased.

3.     Jesus Calderon Calvillo passed away from injuries sustained in an automobile crash that occurred on August 9, 2021.  Jesus was stopped at a red traffic light on northbound 35th Avenue when he was rear-ended by a 2020 GMC Sierra 2500HD AT4pickup truck ("Vehicle") traveling at a high rate of speed ("The Accident").

4.     Jesus is survived by his mother Jeronima Calvillo Hernandez; his wife Susana Varela Castellanos; and his five natural children, Federico Calderon, Leticia Calderon, Jesus Calderon Jr., Hector Calderon and Jorge Calderon.

5.     Leticia brings this matter on behalf of herself and all statutory beneficiaries of Jesus Calderon Calvillo.

**Defendant General Motors LLC**

6.     Defendant General Motors LLC ("General Motors") is a foreign limited liability company organized and formed under the laws of Delaware, doing business in Arizona.

7.     General Motors LLC is and has been engaged in the design, manufacture, and sale of automobiles through a nationwide network of subsidiaries and dealerships doing business in the State of Arizona.

8.     As used herein, General Motors includes all predecessor corporations and entities.

**Jurisdiction and Venue**

9.     The collision at issue occurred on August 9, 2021, in Maricopa County, Arizona.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

2

10.     2020 GMC Sierras, including the Vehicle, were marketed throughout the United States and were sold through a network of dealerships, including General Motors' dealerships in Arizona.

11.     General Motors first placed the Vehicle into the stream of commerce through a dealership in Albuquerque, New Mexico called Quality Buick GMC.

12.     This Court has jurisdiction of the parties and subject matter.

13.     This is a logistically and/or legally complex products liability matter and, as such, qualifies as Tier 3 case pursuant to Arizona Rule of Civil Procedure 26.2(b)(3).

14.     Venue is proper in this Court.

## Factual Background

### The Vehicles

15.     This is a products liability matter, stemming from an automobile crash that occurred on August 9, 2021.

16.     There were three vehicles involved in the crash, a 2004 Cadillac Escalade sport utility vehicle, a 2020 GMC Sierra 2500HD AT4 pickup truck, and a 2019 Kenworth semi-tractor pulling a FedEx cargo trailer.   The subject of this case is the 2020 GMC Sierra 2500HD AT4 pickup truck, Vehicle Identification Number 1GT49PEY0LF333458 (the "Vehicle").

17.     General Motors LLC manufactured and distributed this Vehicle.

### The Collision

18.     Jesus Calderon Calvillo was 54 years old at the time of The Accident.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

3

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

19.     Jesus Calderon Calvillo had been driving northbound on 35th Avenue and was stopped for a red traffic signal at the intersection of Lower Buckeye Road. There were no vehicles in his lane in front of Jesus Calderon Calvillo.

20.     Jesus' vehicle, a 2004 Cadillac Escalade, was rear-ended by the Vehicle at a high rate of speed.

21.     Jesus' Escalade burst into flames while simultaneously being thrust forward into the cross-traffic of the intersection, where his vehicle submarined under the trailer of a FedEx Freight semi which was traveling westbound on Lower Buckeye Road.  The Accident was captured on the dash camera of a City of Phoenix bus.



22.     The individual driving the 2020 GMC Sierra was Erick Garcia Diaz Barriga ("Garcia").

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32ⁿᵈ St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

**23.**     According to the police report, Garcia had just retrieved the Vehicle from a body repair shop which had repaired damage from a prior collision that occurred while the Vehicle was in possession of the prior owner.

**24.**     During the post-collision interview with police, Garcia alleged a mechanical issue with the braking system on the Vehicle.  Specifically, he said the brakes to his vehicle failed prior to the collision as follows:

SUSTAINED FATAL INJURIES AS A RESULT OF THIS COLLISION AND WAS PRONOUNCED DECEASED ON MONDAY, AUGUST 9TH, 2021, AT 1853 HOURS. DURING A POST COLLISION INTERVIEW WITH ERIC GARCIA DIAZ, ERIC ALLEGED A MECHANICAL ISSUE OF THE BRAKING SYSTEM ON THE BLACK GMC SIERRA PRIOR TO THE COLLISION. VIDEO OF THE COLLISION HAS BEEN LOCATED AND IMPOUNDED AS EVIDENCE.

**25.**     The Phoenix Police report identified witness Crystal Melendrez Beltran ("Crystal"), who was Garcia's coworker and who had given Garcia a ride to the body repair shop to retrieve the Vehicle after the body repairs had been completed.

**26.**     According to the police report, Crystal told police that after she transported Garcia to the repair shop, she was following him back to work. While they were traveling northbound along 35ᵗʰ Avenue, Garcia "Facetime" called Crystal to tell her his brakes were not working as follows:

I ASKED CRYSTAL IF SHE REMEMBERED THE NAME OF THE BUSINESS OR ADDRESS AND SHE ANSWERED NO. CRYSTAL THEN USED HER CELL PHONE AND SHOWED ME A GENERAL AREA WHERE THE MECHANIC WAS LOCATED. THE LOCATION CRYSTAL SHOWED ME WAS THE INTERSECTION OF SOUTH 3RD DRIVE AND WEST WATKINS ROAD. AFTER LEAVING THE MECHANIC SHOP CRYSTAL FOLLOWED BEHIND ERIC AS HE DROVE THE BLACK GMC PICKUP TRUCK. CRYSTAL BELIEVED THEY TRAVELED SOUTH ON 7TH AVENUE THEN WEST ON BROADWAY ROAD AND NORTH ON 35TH AVENUE. I ASKED CRYSTAL IF THEY HAD TO STOP AT ANY TRAFFIC LIGHTS ALONG THE WAY PRIOR TO THE COLLISION AND SHE ANSWERED YES. WHILE TRAVELING NORTHBOUND ON SOUTH 35TH AVENUE, ERIC HAD A FACETIME CONVERSATION WITH CRYSTAL FOR APPROXIMATELY ONE MINUTE. I ASKED CRYSTAL WHAT THEIR CONVERSATION WAS ABOUT. CRYSTAL TOLD ME THEY WERE TALKING ABOUT THE BRAKES NOT WORKING ON THE TRUCK. SHE STATED ERIC POINTED THE CAMERA ON HIS CELL PHONE TOWARD THE GAS AND BRAKE PEDAL SHOWING HER THE BRAKES WERE NOT WORKING JUST BEFORE THE COLLISION OCCURRED. I ASKED CRYSTAL HOW FAR BEHIND ERIC SHE BELIEVED SHE WAS WHILE FOLLOWING HIM AND WHAT HER ESTIMATED SPEED WAS. CRYSTAL BELIEVED SHE WAS APPROXIMATELY THREE CAR LENGTHS BEHIND ERIC, TRYING TO CATCH UP TO HIM AND TRAVELING APPROXIMATELY 35 MILES PER HOUR.

5

**27.** Police contacted the body repair shop and spoke with the owner Jesus Verdugo who told them he received the Vehicle during the month of May and that the Vehicle had been delivered by a tow truck.

**28.** Jesus Verdugo told police he completed cosmetic body repairs and replaced the radiator on the Vehicle.

JESUS CONFIRMED THAT THE BLACK GMC SIERRA HAD BEEN AT THIS LOCATION AND THAT IT WAS PICKED UP ON MONDAY, AUGUST 9TH, 2021, BY A HISPANIC MALE CUSTOMER NAMED ERIC. HE STATED ERIC ARRIVED BETWEEN 1600 TO 1630 HOURS ON MONDAY AND PAID $2,800.00 IN CASH FOR THE WORK THAT WAS COMPLETED. JESUS STATED HE RECEIVED THE VEHICLE DURING THE MONTH OF MAY AND THAT IT WAS DELIVERED TO THIS LOCATION ON A TOW TRUCK. WHEN IT ARRIVED, THERE WAS NO LICENSE PLATE ON THE VEHICLE AND IT REMAINED THAT WAY UNTIL ERIC PICKED IT UP. JESUS DID NOT SEE ERIC PUT A LICENSE PLATE ON THE VEHICLE PRIOR TO LEAVING THE PROPERTY. I ASKED JESUS IF THERE WAS A BUSINESS NAME ASSOCIATED WITH THE PROPERTY TO WHICH HE REPLIED "CDA INC." JESUS GAVE ME HIS PHONE NUMBER AS THE POINT OF CONTACT FOR THE BUSINESS.

JESUS CONFIRMED WORKING ON THE GMC SIERRA STATING HE COMPLETED REPAIR WORK TO THE BODY AND REPLACED THE RADIATOR. I ASKED IF HE OR ANYONE ELSE COMPLETED MECHANICAL WORK ON THE VEHICLE OTHER THAN REPLACING THE RADIATOR AND HE ANSWERED "NO." JESUS STATED HE WAS THE ONLY PERSON WHO PERFORMED WORK ON THE VEHICLE WHILE IT WAS AT THIS LOCATION. I ASKED IF HE HAD ANY KNOWLEDGE

**29.** Mr. Verdugo showed police the parts he had removed from the Vehicle and later replaced, which were: a front bumper, fender, front grill, miscellaneous panel molding, and the radiator.

**30.** Police confirmed with Mr. Verdugo that he did not perform any work to the Vehicle's service brakes, nor did any other mechanics at the shop. Mr. Verdugo did not test drive the Vehicle prior to releasing it to Garcia.

**31.** Upon information and belief, the Vehicle's total mileage was less than 2,500 miles.

 2,132 Last reported odometer reading 

6

32.     An EDR download, which captures five seconds of pre-crash data, showed the Vehicle's accelerator pedal position was fixed at fifty-seven percent (57%) at the same time the service brake was in the "On" position.

### Pre-Crash Data -5.0 to -0.5 sec (Record 2) - Table 1 of 2

| Time (sec) | Accelerator Pedal Position, % Full (Accelerator Pedal Position) (%) | Service Brake (Brake Switch Circuit State) | Engine RPM (Engine Speed) (RPM) | Engine Throttle, % Full (Throttle Position) (%) | Speed, Vehicle Indicated (Vehicle Speed) (MPH [km/h]) |
|---|---|---|---|---|---|
| -5.0 | 57 | On | 2,112 | 0 | 88.2 [142] |
| -4.5 | 57 | On | 2,112 | 0 | 88.9 [143] |
| -4.0 | 57 | On | 2,176 | 0 | 89.5 [144] |
| -3.5 | 57 | On | 2,176 | 0 | 90.7 [146] |
| -3.0 | 57 | On | 2,176 | 0 | 91.3 [147] |
| -2.5 | 57 | On | 2,176 | 0 | 91.3 [147] |
| -2.0 | 57 | On | 2,048 | 0 | 92.6 [149] |
| -1.5 | 57 | On | 2,048 | 0 | 93.2 [150] |
| -1.0 | 57 | On | 2,048 | 0 | 93.2 [150] |
| -0.5 | 57 | On | 2,048 | 0 | 94.4 [152] |

33.     Garcia was telling the truth; he was pushing down the brake with his right foot, but the Vehicle continued to accelerate.

34.     Garcia was not pushing on the accelerator pedal during the 5 seconds pre-impact, but the Vehicle continued to accelerate on its own.

35.     A vehicle accelerating without a command such as gas pedal pressure is known as Sudden Unintended Acceleration (SUA).

**Sudden Unintended Acceleration**

36.     Sudden Unintended Acceleration is defined as unintended acceleration accompanied by an apparent loss of braking effectiveness.[1]

---

1.      Lee, Youngnae. Analysis of Unintended Acceleration Through Physical Interference of Accelerator, Elsevier, (2020).

7

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

**37.** Garcia's statements to police that the Vehicle was accelerating while he was braking are consistent with Sudden Unintended Acceleration.

**38.** Crystal's statements to police that the Garcia called her and claimed the brakes were not working are consistent with Sudden Unintended Acceleration.

**39.** The Vehicle's download shows data consistent with Sudden Unintended Acceleration, including readings such as the position of the accelerator pedal which remained fixed at exactly 57% throughout the entire 5 seconds of pre-crash recorded data, the engine's torque against the forces of braking, the Vehicle's increasing miles per hour speed, and the Vehicle's engine speed in revolutions per minute (RPM) that support the Vehicle accelerating while the driver was depressing the brakes and not pushing on the accelerator pedal.

**Pre-Crash Data -2.0 to -0.5 sec (Record 2)**

| Time (sec) | Cruise Control Resume Switch Active | Cruise Control Active | Cruise Control Set Switch Active | Reduced Engine Power Mode Indicator | Engine Torque (N-m) |
|---|---|---|---|---|---|
| -2.0 | No | No | No | Off | 1,034 |
| -1.5 | No | No | No | Off | 1,056 |
| -1.0 | No | No | No | Off | 1,056 |
| -0.5 | No | No | No | Off | 1,037 |

**40.** Police photographs of the Vehicle from the scene appear to show dramatic brake scoring on one of the Vehicle's front rotors, supporting the driver's claim of braking while the Vehicle continued to accelerate.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

8

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ◆ Facsimile: (602) 795-3728

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17    **The GMC Sierra HD Pickup Truck**

18    **41.** The GMC Sierra pickup truck shares the same platform and basic design as

19 the Chevrolet Silverado pickup truck.

20    **42.** The Vehicle did not have any advanced safety systems, collision avoidance

21
22 technology, or automatic emergency braking installed.

23    **43.** General Motors offered five different trim levels for its 2020 GMC Sierra

24 Heavy Duty: (1) the base model Sierra, (2) the SLE, (3) the SLT, (4) the AT4, and (5) the

25
26 Denali.

27
28

9

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

# THE QUESTION IS, WHICH ONE?

**SIERRA HEAVY DUTY TRIMS**








44. The Vehicle model was a 2500 Sierra HD AT4, a sportier heavy-duty truck designed to handle off-roading as well as urban driving.

45. The Vehicle was an AT4 trim level, which General Motors debuted in 2020, "a truck that blends powerful engine options, advanced off-road capability and premium surroundings."[2]

_____

2.    2020 GMC Sierra HD Catalog, 2019, General Motors.

10

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

46.    The Vehicle also featured a 6.6L Duramax Turbo LP5 Diesel engine paired with an Alison 10-speed automatic transmission.

47.    The base curb weight for a 2020 GMC Sierra pickup ranged from 6,105 pounds for a regular cab with a gasoline engine, 2-wheel drive, to 7,597 pounds for a 4-wheel drive crew cab with a diesel engine.

48.    The 2020 GMC Sierra 2500 has been the subject of at least six recalls and has one open NHTSA investigation.[3]

49.    NHTSA has already received 21 complaints on the 2020 GMC Sierra 2500 (*Id*).

50.    Eight of the twenty-one complaints to NHTSA included the vehicle's mileage at the time the component, such as the electrical system, steering, or service brakes, failed. Each of the eight vehicles had mileage at 20,000 or even significantly less, with one vehicle failing at only 200 miles (*Id*).

51.    In February 2021, General Motors issued a technical Service Bulletin about Brake Squealing Noise caused by low scorch friction material used on the original brake pads.[4]

52.    In April, 2022, several internet news sources reported that General Motors planned to buy back from customers and replace certain Chevy Silverado HD and GMC

---

3.
https://www.nhtsa.gov/vehicle/2020/GMC/SIERRA%2525202500/PU%25252FRC/4WD
4 General Motors Technical Service Bulletin No.: 20-NA-020, February 2021.

11

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

1  Sierra HD units due to apparent quality issues with the 6.6L L5P V8 Duramax turbo diesel

2  engine.[5]

3      **53.**    General Motors did not offer any collision avoidance features on the specific

4  trim level, the AT4, selected for the Vehicle.



5 https://gmauthority.com/blog/2022/04/gm-to-repurchase-silverado-hd-sierra-hd-units-due-to-duramax-diesel-engine-quality-issue/#:~:text=GM%20Authority%20has%20learned%20that,V8%20Duramax%20turbo%2Ddiesel%20engine.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

54.     If General Motors had equipped the Vehicle with Automatic Emergency Braking, available on other Sierra 2500 HD trim levels, the crash may have been mitigated or even avoided.

## Claims For Relief

### Count 1

### Strict Liability – Design and/or Manufacturing Defect
### As Against Defendant General Motors LLC

55.     Plaintiff incorporates the foregoing paragraphs as fully set forth herein.

56.     Defendant General Motors is liable to Plaintiff because of the defective and unreasonably dangerous design of the 2020 GMC Sierra, specifically, the Vehicle failed to perform as safely as an ordinary consumer would expect when used in an intended or reasonably foreseeable manner. Specifically, the Vehicle was defective in design, manufacture, and marketing in the following ways:

    a.  Consumers have an expectation a vehicle will not accelerate without pushing the accelerator pedal.

    b.  Consumers have an expectation a vehicle will not accelerate when pushing the brake pedal.

    c.  Consumers have an expectation a vehicle will slow down when an automobile's brake pedal is depressed.

57.     The harmful characteristics or consequences of the design outweighed any benefits of the design.

13

58.     In the alternative, the Vehicle was defective and unreasonably dangerous because it contained a defect that GM did not intend and, as a result, accelerated while the driver was depressing the brake pedal.

59.     Garcia used the Vehicle for its intended and foreseeable purposes.

60.     The defects in the Vehicle at the time it left the possession and control of General Motors rendered the Vehicle unreasonably dangerous. The defective conditions of the Vehicle were the cause of the Accident, the death of Jesus Calvillo Calderon, and the damages sustained by Plaintiff and the statutory beneficiaries as set forth in this Complaint.

61.     The faulty performance of the Vehicle's control mechanisms is a violation of consumer expectations.

62.     General Motors knew or should have known of the risks associated with the use and operation of the Vehicle prior to production and marketing of the Vehicle.

63.     As a direct result of General Motors' dangerous and defective design of the 2020 GMC Sierra, Jesus Calderon Calvillo died.

64.     Plaintiff have experienced extreme grief, anguish, emotional distress, and loss of enjoyment of life because of Jesus Calderon Calvillo's death.

**Count 2**

**Negligence**

**As Against Defendant General Motors LLC**

65.     Plaintiff incorporates the foregoing paragraphs as fully set forth herein.

66.     Defendant General Motors owed the consuming public and those coming into contact with its vehicles a duty to design reasonably safe vehicles.

14

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

67.     Defendant General Motors knew or reasonably should have known that its design of the Vehicle resulted in situations where the Vehicle would accelerate when the driver was not pushing the accelerator pedal and was depressing the brake pedal.

68.     Defendant General Motors breached its duties to Garcia, Jesus Calvillo Calderon, Plaintiff, and the statutory beneficiaries by negligently designing, manufacturing, assembling, constructing, testing, and inspecting the Vehicle, such that it's component parts would catastrophically fail during reasonable and ordinary use.

69.     Defendant General Motors knew, or reasonably should have known, that installation of forward collision avoidance technologies in full-sized pickups such as the 2020 GMC Sierra significantly decreased the risk that the GMC Sierra would become involved in a rear-end collision.

70.     With this knowledge, Defendant General Motors further breached its duty of care by failing to install Automatic Emergency Braking on its 2020 GMC Sierra pickup trucks.

71.     The negligent acts and omissions of Defendant General Motors were proximate causes of the Accident, the wrongful death of Jesus Calderon Calvillo, and the damages sustained by Plaintiff and the statutory beneficiaries.

72.     As a direct result of General Motors' negligent design of the 2020 GMC Sierra, Jesus Calderon Calvillo died.

73.     The statutory beneficiaries have experienced extreme grief, emotional distress, and loss of enjoyment of life as a proximate result of Jesus Calderon Calvillo's death.

**Count 3**

15

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

**Wrongful Death**

**As Against Defendant General Motors LLC**

74.     Plaintiff incorporates the foregoing paragraphs as fully set forth herein.

75.     As a direct and proximate result of the wrongful conduct by Defendants as alleged herein, Jesus Calderon Calvillo died.

76.     Plaintiff, as the statutory beneficiaries of Jesus Calderon Calvillo, have experienced extreme grief, emotional distress, and loss of enjoyment of life as a result of his death. The sudden and violent nature of Jesus Calderon Calvillo's death further exacerbated the family's grief and emotional distress.

77.     Pursuant to Arizona Revised Statutes § 12-611, et seq., the surviving family members of Jesus Calderon Calvillo are entitled to maintain an action for wrongful death against Defendants in this matter for losses and injuries stemming from the loss of their loved one.

**Prayer For Relief**

**WHEREFORE**, Plaintiff pray for damages against Defendants as follows:

1.      For the loss of love and affection, companionship, care, protection, guidance, as well as the profound grief, sorrow, anguish, stress, shock and mental suffering already experienced and reasonably probable to be experienced in the future as a result of the death of Jesus Calderon Calvillo.

2.      For taxable costs and pre- and post-judgment interest to the extent permitted by law.

16

3.     As against Defendant General Motors LLC, for exemplary damages to the extent permitted by law.

4.     For other relief as the Court deems just and proper.

DATED this 8th day of July, 2022.

SHUMWAY LAW PLLC

/s/ G Lynn Shumway
G. Lynn Shumway

and

GHELFI LAW GROUP PLLC
Brent Ghelfi

*Attorneys for Plaintiff*

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

17

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
7/8/2022 3:16:49 PM
Filing ID 14536138

**Plaintiff's Attorneys:**

Gary L Shumway - Primary Attorney
Bar Number: 011714, issuing State: AZ
Law Firm: Shumway Law PLLC
4647 N 32nd St, Ste 125
Phoenix, AZ 85018
Telephone Number: (602)795-3720
Email address: shumway@carsafetylaw.com

**CV2022-008731**

Brent Ghelfi
Bar Number: 011491, issuing State: AZ
Law Firm: Ghelfi Law Group
Telephone Number: (602)318-3935

**Plaintiff:**

Leticia Calderon

**Defendant:**

General Motors LLC

Discovery Tier t3

Case Category: Tort Motor Vehicle
Case Subcategory: Wrongful Death

AZTurboCourt.gov Form Set #6984667

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
7/8/2022 3:16:49 PM
Filing ID 14536139

Person/Attorney Filing: Gary L Shumway
Mailing Address: 4647 N 32nd St, Ste 125
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)795-3720
E-Mail Address: shumway@carsafetylaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011714, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Leticia Calderon<br>Plaintiff(s),<br>v.<br>General Motors LLC<br>Defendant(s). | Case No.  CV2022-008731<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: Gary L Shumway /s/
    Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #6984667

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
7/8/2022 3:16:49 PM
Filing ID 14536140

Person/Attorney Filing: Gary L Shumway
Mailing Address: 4647 N 32nd St, Ste 125
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)795-3720
E-Mail Address: shumway@carsafetylaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011714, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Leticia Calderon
Plaintiff(s),
v.

General Motors LLC
Defendant(s).

Case No.  **CV2022-008731**

**SUMMONS**

To: General Motors LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *July 08, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5984867

2